AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

____ DISTRICT OF Massachusetts ____

UNITED STATES OF AMERICA

**V.**

Frank Morillo
a/k/a Jorge Reynoso Morillo
DOB 3/21/65

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005·M-0452-RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ March 30, 2005 _____ in _____ Suffolk _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense) knowingly possessed a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained.

in violation of Title_ ____18____ United States Code, Section(s) _____ 1546(a) _____ .

I further state that I am a(n)_____ ICE Special Agent _____ and that this complaint is based on the following
                                          Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-30-2005    at 4:59 pm    at    Boston, Massachusetts
Date                                        City and State

Robert B. Collings
United States Magistrate Judge    _____
Name & Title of Judicial Officer        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF SPECIAL AGENT JOSEPH GAETA

I, Joseph Gaeta, having been duly sworn, do hereby depose and state as follows:

1.    I am a Special Agent with the United States Immigration and Customs Enforcement ("ICE"), and have been so employed since 1987.  From my training, I am familiar with the various criminal statutes pertaining to the enforcement of immigration laws and which make it unlawful to possess fraudulent immigration documents, including Title 18, United States Code, Section 1546(a) (fraud and misuse of documents).

2.    This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and agents of this service.  This affidavit is not intended to set forth all of the information that I and other law enforcement personnel have learned during this investigation, but is submitted in support of a criminal complaint against Frank Morillo, a/k/a Jorge Reynoso Morillo, for knowingly possessing a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, violation of Title 18, United States Code, Section 1546(a).

1

3.    On March 30, 2005, Agent Robert Donovan of the
United States Drug Enforcement Administration was conducting
routine interdiction at Logan International Airport in
Boston, Massachusetts.  During his routine patrol, Agent
Donovan observed a male entering the gate area of Terminal B
through a restricted door, carrying a shoulder bag and
daytimer.  Upon seeing this, Agent Donovan approached the
male and asked him what he was doing.  The male, later
identified as Frank Morillo ("Morillo"), stated that he was
getting on a flight to Santa Domingo.  Agent Donovan then
told the male that he was required to go through the
security checkpoint.  The male then stated that he was an
employee of American Airlines.  Agent Donovan then told
Morillo that he was still supposed to go through the
security checkpoint; Morillo acknowledged that he was
supposed to go through the security checkpoint.

4.    Morillo provided the following identifications,
all in the name Jorge Reynoso, to Agent Donovan: a Dominican
Republic passport; a Massachusetts driver's license; and an
American Airlines worker identification card.  Further
investigation revealed that Morillo was employed by American

5.    A search of Morillo's daytimer, which he consented
to, uncovered multiple identification documents in both the
names Jorge Reynoso and Frank Morillo.  In his possession,
Morillo had a United States Permanent Resident Card in the
name Jorge Reynoso Morillo, with a date of birth of 6/23/66,

2

as well as a United States Permanent Resident Card in the name Frank Morillo, with a date of birth of 3/21/65.  (See attachment).

     6.   Morillo was arrested and transported to court by ICE agents.  During his transport Morillo stated that his real name is Frank Morillo and that he used the name Reynoso to gain employment in the United States.

     7. Based on the foregoing information, I believe probable cause exists to conclude that Frank Morillo, a/k/a Jorge Reynoso Morillo, on March 30, 2005, knowingly possessed a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

Joseph Gaeta
Special Agent
Immigration and Customs
Enforcement

Subscribed and sworn before me this 30th day of 2005.

Robert B. Collings
United States Magistrate Judge

3



**JUNTA CENTRAL ELECTORAL**
CEDULA DE IDENTIDAD Y ELECTORAL
001-1613 7
23 Jun 1966
NACIMIENTO   SEXO   ESTADO CIVIL   **SOLTERO**
SAN FRANCISCO DE MACORIS
LUGAR NACIMIENTO   SANGRE
EMPLEADO PRIVADO
OCUPACION
NINGUNA
SEÑAS PARTICULARES
NACIONALIDAD   DOMINICANA
**2006**
firma dia nacimiento año

**JORGE ANIBAL
REYNOSO MORILLO**
PADRE CASTELLANO

VILLA MARIA ( ENS. LUP... ESPAILLAT (SANTO DOMINGO)

**DOMINICANA**

# PERMANENT RESIDENT CARD

NAME REYNOSO MORILLO, JORGE A
A# 034-539-887
Birthdate   Category   Sex
06/23/66   SA1   M
Country of Birth
**Dominican Republic**
CARD EXPIRES 08/27/11
Resident Since 07/28/76

```
C1USA0345398874LIN0119855133<<
6606231M1108279DOM<<<<<<<<<<9
REYNOSO<MORILLO<<JORGE<ANIBAL<
```



**EMPLOYMENT AUTHORIZATION**

...Conditions:
...Issued... 11/15/2001



# PERMANENT RESIDENT CARD

NAME MORILLO, FRANK
INS A# 076-967-073
Birthdate   Category   Sex
03/21/65   IR6   M
Country of Birth
**Dominican Republic**
CARD EXPIRES 07/22/12
Resident Since 07/03/02

```
C1USA0769670730EAC0006352728<<
6503215M1207220DOM<<<<<<<<<<2
MORILLO<<FRANK<<<<<<<<<<<<<<<
```



**REPUBLICA**

JUNTA CENTRAL ELECTORAL
CEDULA DE
001-
21 Mar...   **SOLTERO**
NACIMIENTO   ESTADO CIVIL
SANGRE
LUGAR NAC...
OCUPACION
SEÑAS PAR...
NAC...
**2012**
dia nacimiento año

**FRANK
MORILLO LUGO**
PADRE CASTELLANO

VILLA MARIA ( ENS. LUP... ESPAILLAT (SANTO DOMINGO)

**DOMINICANA**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  **Category No.** II_____     **Investigating Agency** ICE_____

**City**   Boston_____          **Related Case Information:**

**County**   Suffolk_____       Superseding Ind./ Inf. _____   Case No. _____
                                     Same Defendant _____   New Defendant X_____
                                     Magistrate Judge Case Number  _____
                                     Search Warrant Case Number   _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Frank Morillo_____          Juvenile   ☐ Yes   ☒ No

Alias Name   Jorge Reynoso, Jorge Reynoso Morillo_____

Address   _____

Birth date:   1965_____   SS#: _____   Sex: M___   Race:  Hispanic_____   Nationality:  Dominican_____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   William H. Connolly_____   **Bar Number if applicable**   634501_____

**Interpreter:**   ☒ Yes   ☐ No          **List language and/or dialect:**   Spanish_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**   **March 30, 2005**_____

☒ **Already in Federal Custody as**   probable cause arrest_____   **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____   **on** _____

**Charging Document:**   ☒ **Complaint**   ☐ **Information**   ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**   3/31/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) P.   2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**    Frank Morillo

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1546(a) | Fraud and Misue of Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**    **Frank Morillo**

JS 45.wpd - 3/13/02