# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          MAGISTRATE JUDGE'S DOCKET
                              NO. 2005-M-452RBC

FRANK MORILLO,
    Defendant.

## ORDER

COLLINGS, U.S.M.J.

    The above-named defendant was brought before the Court on April 4, 2005.  There is currently a warrant outstanding which issued from the Essex Superior Court.

    Accordingly, the U.S. Marshal is ORDERED to release the defendant to the appropriate officials or agents of the Essex Superior Court for proceedings in connection with state process currently outstanding against the defendant.

    *Further, the U.S. Marshal is ORDERED to lodge a DETAINER against the defendant with the said officials, the detainer being based on the charges*

*contained in the Complaint filed in the above-styled cause.*

If the defendant is released by the state court, the defendant shall be held on the detainer so that the U.S. Marshal may take him into custody forthwith and bring him before the undersigned for further proceedings.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate

Date:  April 4, 2005.