UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-452-RBC |
| | ) | |
| FRANK MORILLO | ) | |

**DEFENDANT FRANK MORILLO'S
MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE**

Defendant Frank Morillo moves to modify his conditions of pretrial release to permit him to relocate his residence. Mr. Morillo would like to move to an apartment located at 10 Orlando Way, Apt. 2, Mattapan, Massachusetts where he will reside with Jacqueline Colon and Ms. Colon's son. Mr. Morillo and Ms. Colon currently reside in Brockton and Mr. Morillo's conditions of release require him to remain there unless the court permits him to move. Living closer to Boston will make it more convenient to find and keep a job.

For the foregoing reasons, Mr. Morillo requests that the court modify his conditions of release to permit him to move to the Orlando Way Mattapan apartment.

FRANK MORILLO
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA 02110
(617) 742-9099

## Certificate of Service

    I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

    /s/ *E. Peter Parker*
    E. Peter Parker